IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

LAMONT BUTCHER,            :     CIV. NO. 22-5552 (RMB)
                      :
       Petitioner      :
   v.                  :     **MEMORANDUM ORDER**
                      :
STEVIE KNIGHT, WARDEN,   :
                      :
                      :
       Respondent   :
_____

**IT APPEARING THAT:**

1.     On September 14, 2022, Petitioner Lamont Butcher, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the Bureau of Prison's ("BOP") determination that he was ineligible to apply First Step Act Time Credits ("FSA Time Credits") based on a parole detainer. (Pet., Docket No. 1.)

2.     On February 16, 2023, Respondent filed a letter in lieu of an answer, asserting that the habeas petition is moot.  (Docket No. 14.)

3.     By Order dated April 26, 2023, this Court determined, subject to verification by Respondent's submission of the Declaration of Christopher Palm, that Petitioner has received all available relief, and his habeas petition is moot. (Order, Docket No. 15.)

4.     On April 28, 2023, Respondent filed the Declaration of Christopher Palm, establishing that Petitioner's earned FSA Time Credits were applied, for the maximum amount permitted by statute, to his early supervised release.  (Declaration

of Christopher Palm, Docket No. 16.)  Therefore, the habeas petition is moot and

will be dismissed.

IT IS therefore on this **9th day of May 2023**,

**ORDERED** that the Clerk shall reopen this matter; and it is further

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241

is **DISMISSED** as moot; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Petitioner by

regular mail, and shall close the file

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge

2